STATE OF CONNECTICUT *v.* RUSSELL MANFREDI
(4170)
(4171)

DUPONT, C.P.J., HULL, SPALLONE and DALY, Js.

Argued May 28—decision released May 28, 1985*

---

* This opinion was released from the bench following argument.

*J. Charles Mokriski,* for the appellant (Post-Newsweek Stations of Connecticut, Inc.).

*Ralph G. Elliot,* for the appellant (The Hartford Courant).

*William J. Gallitto,* for the appellee (defendant).

*Kathleen B. Martin,* for the appellees (defendant's minor children).

*James A. Armentano* filed a brief for Margaret B. and William T. Jones, temporary guardians of the minor children.

*Herbert G. Appleton,* assistant state's attorney, for the state.

PER CURIAM. On the basis of the record presented to us, we conclude that the trial court erred in granting the closure order without holding an evidentiary hearing in accordance with the procedure and principles enunciated in *State* v. *Couture,* 37 Conn. Sup. 705, 435 A.2d 369 (1981). Accordingly, the order of the trial court is set aside and the matter is remanded to the trial court for further proceedings.